**Nothing herein is deemed to authorize Ticor Title Insurance Company to initiate or proceed with any action to collect, recover or offset any discharged debt as a personal liability of the Debtor.**

**SO ORDERED.**
**SIGNED this 26th day of September, 2013**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

IN RE:

    DARLENE NORRIS,　　　　　　　　　　Case No.  3:13-bk-31081
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
    　　Debtor.

## ORDER GRANTING RELIEF FROM DISCHARGE INJUNCTION

Upon the motion of Ticor Title Insurance Company ("Ticor"), Motion for Relief From Discharge Injunction, (the "Motion") **[Docket Item No. __]**, and for good cause shown, the Court finds the Motion is well-taken and hereby grants Ticor relief from the Discharge Injunction.

In view of the above, the 11 U.S.C. § 524 discharge injunction is modified so that Ticor may continue its cause of action in Knox County Chancery Court docket no. 182286-2 against Debtor with respect to her interest, if the Knox County Chancery Court should find any, in the four parcels of real property apparently fraudulently transferred per Ticor's Amended Complaint

attached as Exhibit "2" to its Motion, and to be bound to the final judgment of the Knox County Chancery Court, and Ticor and its counsel shall not be in violation of the discharge injunction of 11 U.S.C. § 524 on account of Ticor filing such pleadings as may be reasonably necessary or by prosecuting such causes of action in the Knox County Chancery Court.

# # #

APPROVED FOR ENTRY:

/s/ Kevin A. Dean
Matthew A. Grossman  (BPR No. 22107)
Kevin A. Dean  (BPR No. 26267)
FRANTZ, MCCONNELL & SEYMOUR, LLP
P.O. Box 39
Knoxville TN 37901-0039
(p) (865) 546-9321
(f) (865) 637-5249
kdean@fmsllp.com
Attorney for Ticor Title Insurance Company

s:\wdox\clients\5197\0000050\orders\01046137.doc

2